IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:01-cr-00013-MP-AK

RANDY DALE MARKER,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 58, which the Court construes as a motion to expedite. Defendant's § 2255 motion is in line for review with seven older motions to vacate and petitions for writs of habeas corpus being ahead of his. The Court will consider Defendant's motion in due course.

Accordingly, it is **ORDERED**:

That Doc. 58, docketed as a Letter from Randy Marker, is hereby **CONSTRUED** as a motion to expedite;

That the motion to expedite is **DENIED**.

**DONE AND ORDERED** this  *20th*  day of December, 2006.

        *s/ A. KORNBLUM*
        **ALLAN KORNBLUM**
        **UNITED STATES MAGISTRATE JUDGE**