IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                          CASE NO. 1:01-cr-00013-MP-AK

RANDY DALE MARKER,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 61, Report and Recommendation of the Magistrate Judge, which recommends that Defendant's Motion to Vacate, Doc. 48, be denied as untimely. The Magistrate Judge filed the Report and Recommendation on Friday, April 6, 2007. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were filed.

In his Motion to Vacate, filed under 28 U.S.C. § 2255, Defendant argues that the nineteen-month upward departure from the sentencing guidelines violated his Sixth Amendment right to trial by jury, that the Court was without authority and jurisdiction to impose such enhancement, and that his counsel was ineffective by not raising the Sixth Amendment objection. Because Defendant filed the instant motion over two years after the judgment of conviction became final, the Magistrate states that the motion is untimely under § 2255(1). Also, because neither Blakely, Booker, nor Apprendi is retroactively applicable to cases on collateral review, the Magistrate further recommends finding the instant motion untimely under § 2255(3). The Court agrees with the Magistrate that Defendant's motion is untimely under §§ 2255(1) &

(3), and that the doctrine of equitable tolling does not apply to this case.  Therefore, having considered the Report and Recommendation and the lack of objections thereto, I have determined that it should be adopted.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. Defendant's Motion to Vacate, Doc. 48, is DENIED AS UNTIMELY.

**DONE AND ORDERED** this   *22nd* day of May, 2007

<u>*s/Maurice M. Paul*</u>
Maurice M. Paul, Senior District Judge