# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

      VS                                            CASE NO. 1:01-CR-13-01 MMP

RANDY DALE MARKER

## FINANCIAL REFERRAL AND ORDER

Regarding release of funds for: __ Fine, _X_ Restitution, __ Filing Fee, __ Attorney Admission Fee, __ Copy Fee, __ Bond, __ Other (Specify) _____

By: _____Randy Dale Marker #20030-017_____ (Payee)
Address: USP Atlanta
          601 McDonough Blvd. SE
          Atlanta, GA 30315

Receipt Number __B060507__    Date of Receipt __7/2/07__

Motion: N/A

Explanation: A review of the payment records for Mr. Marker indicates an overpayment of $60.76. According to the court dockets and financial records, Mr. Marker does not owe any additional money and should be reimbursed $60.76.

WILLIAM M. McCOOL, Clerk of Court

Prepared by: ___*s/Philip Detweiler*___
                Philip Detweiler, Financial Specialist         Date: July 13, 2007

Referred by: _____ , Deputy Clerk

## ORDER OF COURT

It is ORDERED this __17th__ day of __July__, 2007, that the Clerk refund the identified funds to the payee.

                                                _s/Maurice M. Paul_
                                                MAURICE M. PAUL, SENIOR
                                                UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99