# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

     VS                                                  CASE NO.  1:01-CR-13-01 MMP

RANDY DALE MARKER

## FINANCIAL REFERRAL AND ORDER

Regarding release of funds for: ___ Fine, _X_ Restitution, ___ Filing Fee, ___ Attorney Admission Fee, ___ Copy Fee, ___ Bond, ___ Other (Specify) _____

By: _____Randy Dale Marker #20030-017_____ (Payee)
Address:  USP Atlanta
               601 McDonough Blvd. SE
               Atlanta, GA 30315

Receipt Number __B070307_____  Date of Receipt ___8/2/07_____

Motion: N/A

Explanation: The Clerk's Office received $60.76 from the Bureau of Prisons (BOP) in July which was an overpayment. A refund was order on July 17, 2007. We now have received another $49.73 from BOP. BOP has been notified and is in the process of correcting their records. Requesting authorization to refund this overpayment and any other payments we may receive from the BOP for this case. There may be a timing difference on the BOP stopping payments for this account.

WILLIAM M. McCOOL, Clerk of Court

Prepared by: _____*s/Philip Detweiler*_____
                Philip Detweiler, Financial Specialist        Date:  August 20, 2007

Referred by: _____,Deputy Clerk_____

## ORDER OF COURT

It is ORDERED this __22nd____ day of ____August_____, 2007, that the Clerk refund the identified funds to the payee.

                                                s/Maurice M. Paul_____
                                                MAURICE M. PAUL, SENIOR
                                                UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99